1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sandra Medina, individually and on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Evolve Mortgatge Services, LLC,<br><br>Defendant. | **Case No. 8:21-cv-01338-CJC-JDE**<br><br>**AMENDED FINAL JUDGMENT** |
|---|---|

# AMENDED FINAL JUDGMENT

Pursuant to this Court's April 3, 2023 Order, (ECF No. 43), the parties hereby submit this proposed amended final judgment and respectfully request that this Court finds that judgment should be entered consistent with the terms agreed by the parties.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED as follows:**

1. Defendant shall pay a total of $482,575.06, plus any owed Payroll Taxes on or before June 12, 2023.

2. The Court approves Plaintiff's Counsel's request of attorneys' fees of $117,783.71; Plaintiff's Counsel's request of approval of $9,500 out-of-pocket litigation costs; and the $7,500 Named Plaintiff service award.

3. The Court approves the PAGA portion of the Settlement pursuant to Cal. Lab. C. § 2699(l)(2).

4. This is a final judgment terminating this case. Pursuant to the Parties' Agreement, the Court "shall retain jurisdiction solely with respect to the interpretation, implementation, and enforcement of the terms of" the Agreement. (ECF No. 32-2, ¶ 80.)

Let Judgment be entered accordingly.

DATED: April 17, 2023

HON. CORMAC J. CARNEY

CC: FISCAL